228

(C.D. 4435)

DOLLIFF & COMPANY, INC. *v.* UNITED STATES

Court No. 67/37941

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.

(C.D. 4436)

M. H. GARVEY COMPANY *v.* UNITED STATES

Court No. 67/65988

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.